UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No. 12-CR-154

MARCO MAGANA and MANUEL MENDOZA,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING MOTION TO SUPPRESS**

This matter is before the Court on the motions of defendants Marco Magana and Manuel Mendoza to suppress evidence of marijuana grow operations that was obtained through surveillance cameras that were installed on private property. The magistrate judge recommended denial of the motions on the ground that the cameras were installed outside of the curtilage and, therefore, in an area that would not have Fourth Amendment protection. *See Oliver v. United States*, 466 U.S. 170, 176 (1984).

Neither defendant has filed an objection to the magistrate judge's recommendation that the motion be denied. Having reviewed the recommendation, and considering the arguments to counsel, I conclude that the magistrate judge's analysis is correct. Accordingly, the defendants' motion to suppress is denied.

**SO ORDERED** this   29th   day of October, 2012.

                                                    s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge