UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    Case No. 12-CR-0154

MARIA HILDA MAGANA-MENDOZA,

        Defendant.

## ORDER GRANTING MOTION TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

The defendant in the above matter has filed a Motion to Proceed on Appeal In Forma Pauperis. Although the motion is not accompanied by an affidavit, the facts set forth in the motion by defendant's counsel plausibly explain that the defendant has no income or assets and that she is unable to pay the filing fee and other costs for appeal. Based on the information set forth in the motion by defendant's counsel, and so as to avoid further delay that would result from requiring counsel to first obtain an affidavit of indigency from the defendant, the court hereby grants the motion with the following condition:

    **Counsel is to obtain from defendant and supplement the record with an affidavit in accordance with 28 U.S.C. § 1915(a)(1) within the next 30 days.**

    Dated this   30th   day of October, 2013.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court